UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| IN RE: | ) | CASE NO. | 12-30789 (LMW) |
| JOSEPH SALINARDI and CATHERINE SALINARDI, | ) | CHAPTER | 7 |
| DEBTORS. | ) | | |
| CADLEROCK JOINT VENTURE II, LP, | ) | ADV. PRO. NO. | 12-3046 |
| PLAINTIFF/CREDITOR | ) | ECF NOS. | 29, 33 |
| vs. | ) | | |
| JOSEPH SALINARDI and CATHERINE SALINARDI, | ) | | |
| DEFENDANTS/DEBTORS. | ) | | |

**MEMORANDUM AND ORDER**
**ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This Court, having reviewed the Plaintiff's/Creditor's Motion for Summary Judgment (ECF No. 29) and the supporting papers filed therewith, and having also having reviewed the Defendants'/Debtors' objections to said motion (ECF No. 33) and supporting papers filed therewith, does hereby order as follows:

The Defendants/Debtors failed to demonstrate in their response any genuine dispute as to any material fact. 11 U.S.C. § 523(a)(10) is clear, and the undisputed facts here demonstrate a denial of a discharge in a prior case. A desire to re-litigate or raise new issues not previously raised is an insufficient basis for denial of Summary Judgment.

The Plaintiff's/Creditor's motion for summary judgment is **GRANTED**. The Defendants'/Debtors' are denied a discharge of their debt to the Plaintiff/Creditor pursuant to 11 U.S.C. § 523(a)(10).

Dated at New Haven, Connecticut this 24th day of July, 2013.

                                                                                                       Joel B. Rosenthal
                                                                                                       United States Bankruptcy Judge